UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEFFREY H. TUCKER

VERSUS

EXXON MOBIL CORPORATION
d/b/a EXXONMOBIL CHEMICAL
COMPANY

CIVIL ACTION

NO. 14-277-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated December 12, 2014 (doc. no. 21) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Plaintiff's Motion for Remand (doc. no. 5) is GRANTED, with the exception that Plaintiff's request for costs and expenses is DENIED.

Baton Rouge, Louisiana, this 9th day of January, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA